UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BLACKBOARD INC.,
                               Plaintiff,

                   -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
                              Defendant.
-------------------------------------------------------------X

21 Civ. 7165 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 24, 2021, the Court granted Plaintiff's motion this matter under seal. (Dkt. No. 1 (Rakoff, J., Part 1).)

      WHEREAS, on August 24, 2021, by sealed letter to Chambers, Plaintiff filed a motion to vacate or modify, in part, and to confirm, in part, the arbitration award (the "Motion").

      WHEREAS, on September 9, 2021, by sealed letter to Chambers, Defendant opposed the motion. It is hereby

      WHEREAS, on September 24, 2021, the parties jointly "agree[d] that it is unnecessary to keep the entire case under seal" and identified several filings that the parties agreed could be "unsealed immediately" in a sealed letter to Chambers, which is attached hereto. The parties also submitted a proposed schedule to meet and confer and to brief any outstanding motions to seal. It is hereby

      **ORDERED** that, by **October 1, 2021**, the parties shall file the following documents on the public record:

- Civil Cover Sheet
- Order Granting Leave to File Under Seal
- Corporate Disclosure Statement of Blackboard, Inc.

- Corporate Disclosure Statement of International Business Machines Corporation
- Notice of Appearance of Andrew Silverman
- Notice of Appearance of Lamina Bowen
- Notice of Appearance of Carmine Zarlenga
- Motion for Pro Hac Vice Admission of Brian Sieve and accompanying documents
- Motion for Pro Hac Vice Admission of Anne Sidrys and accompanying documents
- Motion for Pro Hac Vice Admission of Carmine Zarlenga and accompanying documents

It is further

**ORDERED** that, by **October 6, 2021**, the parties shall file proposed redactions and any motion to seal, not to exceed three pages, using the procedure set forth in the Court's Individual Rule of Practice I.D.3.

The Clerk of Court is respectfully directed to unseal this case and maintain any documents previously filed by the parties under seal.

Dated: September 28, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**