**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BLACKBOARD INC.,

                        Plaintiff,

     -against-                                  21 **CIVIL** 7165 (LGS)

                                                     **JUDGMENT**

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                        Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 2, 2022, the Petition to vacate or modify in part the Award is DENIED, and to CONFIRM the Award in part is granted. The Court confirms the Award in favor of Respondent and judgment is entered in the amount of $26,650,148 on Counterclaim I and $3,143,101 on Counterclaim II, plus prejudgment interest from the date of the Award -- May 27, 2021 -- through the date of judgment in the amount of $2,732,816.37, plus post-judgment interest. Respondent's motion for attorneys' fees and costs is denied; accordingly, the case is closed.

**Dated:** New York, New York

       June 3, 2022

                                                         **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                          _____
                                                           **Deputy Clerk**